UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------x

Norberto Vega, on behalf of himself and all others similarly situated,

Plaintiff,

-v.-

A SNEAKER CITY NEWPORT, INC.,

Defendant,

-------------------------------------------------------------------x

Civil Action No: 2:25-cv-1135

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 1/21/2026

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 14, 2026

| For Plaintiff Norberto Vega | For Defendant A Sneaker City Newport, Inc. |
|---|---|
| *s/Rami Salim* | *s/David Stein* |
| Rami Salim | David Stein |
| Stein Saks, PLLC | Stein & Nieporent LLP |
| One University Plaza | 1441 Broadway Suite 6090 |
| Hackensack, NJ 07601 | New York, NY 10018 |
| Ph: (201) 282-6500 | Ph: (212) 308-3444 |
| rsalim@steinsakslegal.com | dstein@steinllp.com |

1